**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*



*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York   10007*

March 7, 2014

**By Hand**
Honorable Alison J. Nathan
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:  **United States v. David Higgs**, 12 Cr. 88 (AJN)

Dear Judge Nathan:

      The Government writes to respectfully request, jointly with the defense, that the sentencing scheduled for March 7, 2014 be adjourned to a date convenient for the Court, so that steps can be taken to enable Mr. Higgs to enter the country, consistent with the requirements of the immigration authorities, for purpose of his sentencing.  The defense has requested that a sentencing date be set for a date convenient for the Court during the week of June 23, 2014, if possible, to accommodate counsel's schedule, and the Government has no objection to such date.

      Respectfully submitted,

      PREET BHARARA
      United States Attorney

      By:_____/s_____
         Eugene Ingoglia
         Assistant United States Attorney
         212) 637-1113

cc:   John Brownlee, Esq. (by e-mail)